1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF NEVADA**
8

9  CITIBANK (SOUTH DAKOTA), N.A.,

10        Plaintiff,                                   Case No. 2:11-CV-01124-KJD-PAL

11  v.                                                **ORDER**

12  ERICK A. GURULE,

13        Defendant.

14

15        Presently before the Court is Plaintiff's Motion to Remand (#9).  Though the time for doing

16  so has passed, Defendant has failed to file a response in opposition.  Therefore, in accordance with

17  Local Rule 7-2(d) , and good cause being found, the Court grants the motion.  Having read and

18  considered the Complaint (#1), no federal cause of action is found in the allegations of the

19  Complaint.

20        Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Remand (#9) is

21  **GRANTED.**

22        DATED this 13TH day of October 2011.

23

24

25        _____
          Kent J. Dawson
26        United States District Judge