# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CITIBANK (SOUTH DAKOTA), N.A.,

    Plaintiff,

v.

ERICK A. GURULE,

    Defendant.

Case No. 2:11-CV-01124-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiff's Motion to Remand (#9). Though the time for doing so has passed, Defendant has failed to file a response in opposition. Therefore, in accordance with Local Rule 7-2(d), and good cause being found, the Court grants the motion. Having read and considered the Complaint (#1), no federal cause of action is found in the allegations of the Complaint.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Remand (#9) is **GRANTED.**

    DATED this 13TH day of October 2011.

_____
Kent J. Dawson
United States District Judge